1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, HANESBRANDS INC, HBI BRANDED APPAREL ENTERPRISES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>XUCHANG ZHENNI TRADE CO LTD, ZHANG PENGJU, DOES 1-10,<br><br>Defendants. | CASE NO. C21-778 MJP<br><br>MINUTE ORDER TRANSFERRING CASE |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby transferred to the Honorable Ricardo S. Martinez, United States District Judge. The caption for this case shall hereinafter be **C21-778 RSM**. All scheduled dates will remain as set unless the parties are notified otherwise by Judge Ricardo S. Martinez.

\\

MINUTE ORDER TRANSFERRING CASE - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed June 15, 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/ Paula McNabb<br>
Deputy Clerk